**Fill in this information to identify the case:**

Debtor 1      Daniel W Drzymkowski

Debtor 2      Dawn L Drzymkowski
(Spouse, if filing)

United States Bankruptcy Court for the: Northern   District of Illinois (Chicago)
                                                                (State)

Case number    13-18214

AMENDED

# Form 4100R
## Response to Notice of Final Cure Payment                                      10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** CITIMORTGAGE, INC.

**Court claim no.** (if known): 15-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 7 9 5

**Property address:** 12629 W BEAVER DEN TRL
Number    Street

HOMER GLEN        IL        60441
City              State     ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 07 / 01 / 2018
                                                                                    MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:          + (b) $ _____

c. **Total**. Add lines a and b.                                              (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/___/___
                                                                                   MM / DD / YYYY

Amended

| | | |
|---|---|---|
| Debtor 1 | Daniel W Drzymkowski<br>First Name   Middle Name   Last Name | Case number (*if known*) 13-18214 |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☒ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Randy Stacey
Signature

Date 6/8/18

Print: Randy Stacey
First Name   Middle Name   Last Name

Title: Bankruptcy Specialist 5

Company: CITIMORTGAGE, INC.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: PO BOX 6040
Number   Street

Sioux Falls   SD   57117
City   State   ZIP Code

Contact phone (866) 613–5636

Email: CitiBKAudit@citi.com

Amended

Case No: 13-18214

# UNITED STATES BANKRUPTCY COURT

### Certificate of Service

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date: 06/08/2018

| | |
|---|---|
| Chapter 13 Trustee: | Glenn B Stearns |
| Trustee Address: | 801 Warrenville Road |
| | Suite 650 |
| | Lisle, IL 60532 |
| | |
| Debtor's Counsel Name: | Daniel J Winter |
| Debtor's Counsel Address: | Law Offices Of Daniel J Winter |
| | 53 W Jackson Suite 718 |
| | Chicago, IL 60604 |
| | |
| Debtor 1 Name: | Daniel W Drzymkowski |
| Debtor 2 Name: | Dawn L Drzymkowski |
| Debtor's Mailing Address: | 12629 Beaver Den Trail |
| | Homer Glen, IL 60491 |

| | |
|---|---|
| Signature: | /s/ Randy Stacey |
| Title: | Bankruptcy Specialist III |
| Company: | CitiMortgage, Inc. |
| Address: | PO BOX 6040 |
| | Sioux Falls, SD 57117 |
| Phone: | 866-613-5636 |
| Email: | CitiBKAudit@citi.com |